AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

### ALIAS SUMMONS IN A CIVIL CASE

STEPHANIE A. ROGERS-CARTER

V.

MIDWEST ANESTHESIA PROVIDERS, LLC, and ACCOUNT RESOLUTION SERVICES, LLC

CASE NUMBER: 1:21-cv-04642

ASSIGNED JUDGE: Hon. Steven C. Seeger

DESIGNATED MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

ACCOUNT RESOLUTION SERVICES, LLC
1643 NW 136TH AVE. STE100
SUNRISE, FL 33323

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



September 15, 2021

DATE

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

Civil Action No. 1:21-cv-04642

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

Serve To: **ACCOUNT RESOLUTION SERVICES, LLC**

Case Info:
Court: DISTRICT COURT
Court Case # 1:21-cv-04642
Documents: SUMMONS IN A CIVIL CASE, COMPLAINT,

Re: PLAINTIFF
STEPHANIE A. ROGERS-CARTER
-Versus-
Re: DEFENDANT
MIDWEST ANESTHESIA PROVIDERS, LLC, and ACCOUNT RESOLUTION SERVICES, LLC

Service Info:
Recipient was **SERVED on 10/1/2021 at 09:30 AM**
Server Name: SHUSHAMA KUMARI License # DL-8230
Type of Service: CORPORATE
Name of Served: Patrick Brennan
Capacity: AUTHORIZED TO ACCEPT

Description: Gender: Male, Approximate Weight: 160, Approximate Age: 60, Race: White-Caucasian, Hair: Gray, Height: 5'10"

Service Address: 1643 NW 136TH AVE. STE100 Sunrise, FL 33323
Service Comments:

_SK # DL-8230_                    10/03/21

151 N. Nob Hill Rd #254
Plantation, FL 33324

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STEPHANIE A. ROGERS-CARTER

CASE NUMBER: 1:21-cv-04642

V.

ASSIGNED JUDGE: Hon. Steven C. Seeger

MIDWEST ANESTHESIA PROVIDERS, LLC, and ACCOUNT RESOLUTION SERVICES, LLC

DESIGNATED
MAGISTRATE JUDGE: Hon. Susan E. Cox

TO: (Name and address of Defendant)

ACCOUNT RESOLUTION SERVICES, LLC
1642 N. HARRISON PARKWAY
BUILDING H, SUITE 100
SUNRISE, FL 33323

*[Stamped: NON SERVE BAD ADDRESS]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

September 7, 2021

# VERIFIED RETURN OF NON-SERVICE

Job #: 2021005656

### Client Info:

Marwan R. Daher, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

### Case Info:

**PLAINTIFF:**
STEPHANIE A. ROGERS-CARTER
-versus-
**DEFENDANT:**
MIDWEST ANESTHESIA PROVIDERS, LLC, and ACCOUNT RESOLUTION SERVICES, LLC

DISTRICT COURT

Court Case # **1:21-cv-04642**

### Service Info:

Received by Mikhael Goldgisser: on September, 9th 2021 at **11:54 AM**
Service: I Non-Served **ACCOUNT RESOLUTION SERVICES, LLC**
**SUMMONS IN A CIVIL CASE, COMPLAINT,**

At Business **1642 N. HARRISON PARKWAY BUILDING H, SUITE 100 SUNRISE, FL 33323**
On **9/14/2021** at **12:20 PM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

**Service was Attempted on:**

(1) **9/14/2021** at **12:20 PM**, by **Mikhael Goldgisser** Loc: **1642 N. HARRISON PARKWAY BUILDING H, SUITE 100, Sunrise, FL 33323**. Latitude: **26.142700** Longitude: **-80.333906**
Notes: Can't locate address, maps doesn't find it: brings me to middle of road . I looked online and company address has 1643 NW 136TH Ave Ste 100 Sunrise , FL, 33323-2857 United States

I **Mikhael Goldgisser** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Mike Goldg...*

**Mikhael Goldgisser**
Lic # **1556**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 770-9997

Our Job # **2021005656**




1 of 1